■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY HEATH, Appellant. [728 NYS2d 718] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosensweig, J.), rendered May 28, 1998, convicting him of robbery in the first degree, grand larceny in the fourth degree, unauthorized use of a vehicle in the third degree, criminal possession of stolen property in the fourth degree, and possession of burglar's tools, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental *pro se* brief. O'Brien, J. P., Goldstein, Friedmann and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE HORAN, Also Known as DINO CAROSELLI, Appellant. [732 NYS2d 171] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 7, 1983 (*People v Horan,* 92 AD2d 876), affirming a judgment of the Supreme Court, Kings County, rendered May 2, 1979.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., Ritter, Altman and Smith, JJ., concur.